<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DENISE AGOSTINO, et al., : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 04-4362(SRC) |
| v. : | |
| : | **ORDER** |
| QUEST DIAGNOSTICS INC., et al., : | |
| : | |
| Defendant. : | |

<u>**CHESLER**</u>, District Judge

This matter comes before the Court on motion for summary judgment filed by Defendant Credit Collection Services ("CCS") (docket item #187). Plaintiff opposes this request (docket item #203). The Court has considered the papers submitted by the parties. After consideration of the parties' briefing, and the Court having opted to rule based on those submissions pursuant to Federal Rule of Civil Procedure 78; and for the reasons discussed in the Opinion filed herewith; and for good cause shown,

**IT IS** on this 7th day of July, 2010,

**ORDERED** that Defendant's motion for summary judgment (docket item # 187) be and hereby is **GRANTED.**

                                                s/ Stanley R. Chesler
                                                STANLEY R. CHESLER
                                                United States District Judge