# WHALEN & TUSA, P.C.

*A New York Professional Corporation*
*Attorneys and Counselors at Law*

33 West 19th Street, 4th Floor
New York, NY 10011
Telephone: (212) 400-7100
Facsimile:  (212) 658-9685

August 26, 2010

**BY ECF FILING AND OVERNIGHT MAIL**

Honorable Stanley R. Chesler
United States District Court
 District of New Jersey
Post Office and Courthouse Building, Room 417
P.O. Box 999
Newark, NJ 07101

Re: *Agostino, et al. v. Quest Diagnostics Inc., et al.*
Civil Action No. 04-4362 (SRC) (MAS)

Dear Judge Chesler:

In response to the request from your chambers to our co-counsel, Trujillo, Rodriguez & Richards, LLC, please find enclosed copies of the following Declarations submitted by Plaintiffs in support of their initial motion for class certification:

1. Declaration of Joseph S. Tusa (4 volumes, Exhibits 1 – 120) (Aug. 1, 2007);
2. Reply Declaration of Joseph S. Tusa (2 volumes, Exhibits 1 – 94) (Nov. 30, 2007);
3. Declaration of Paul C. Whalen (1 volume, Exhibits A – II) (Aug. 1, 2007);
4. Declaration of Glen M. Connor (1 volume, Exhibits 1 – 9) (Aug. 1, 2007); and
5. Expert Declaration of Prof. Thomas McGuire, Ph.D (Aug. 1, 2007).

Kindly contact the undersigned, or liaison and co-counsel Lisa Rodriguez, with any further questions or requests.

Respectfully yours,
/s/
Joseph S. Tusa (*pro hac vice*)
s/ Lisa J. Rodriguez

cc: Counsel of Record

*Long Island Office: 565 Plandome Road, Suite 212, Manhasset, NY 11030*