DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**

**September 7, 2010**

**Judge Chesler**

**COURT REPORTER:** KASHMER                    Docket No: 04-4362

**TITLE OF CASE**
AGOSTINO

v.

QUEST DIAGNOSTICS, INC., et al

**APPEARANCE:**

Joseph Tusa, Esq., and Lisa Rodriguez, Esq., for pltf

Mark Melodia and Diane Bettino, Esq., for Quest Diagnostics

Peter Cipparulo, Esq, for defendants

**NATURE OF PROCEEDINGS:**

**Hearing on motion to certify class (188) and motion to intervene join or add plaintiff (189)**

**Decision Reserved 188 and 189**

**Counsel shall submit simultaneous briefs no more than 15 pages a piece in accordance with the rules.**

**10:30 a.m., to 12:00 noon     1.30**
**1:00 p.m. to 1:40 p.m.   40**
**Total time 1.10**

s/Theresa C. Trivino, Senior Courtroom Deputy
