UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE AGOSTINO, et al., | |
| Plaintiffs, | |
| v. | Civ. No. 04-4362 (SRC) |
| | ORDER |
| QUEST DIAGNOSTICS INC., et al., | |
| Defendants. | |

**CHESLER**, District Judge

    This matter having come before the Court on Plaintiffs' renewed motion for class certification pursuant to Federal Rule of Civil Procedure 23 [docket entry 188]; and Plaintiffs having also filed a motion to intervene, join, or add plaintiff Katrina Camaj [docket entry 189] for the Court's consideration in conjunction with the motion for class certification; and Defendant Quest Diagnostics, Inc. having opposed both motions; and Debt Collector Defendants Retrieval Masters Credit Bureau d/b/a/ American Medical Collection Agency, Quantum Collections, Seattle Service Bureau, Inc., Russell Collection Agency, Inc., and Credit Bureau Central having jointly filed their own opposition to the motion for class certification; and the Court having considered the papers filed by the parties, including supplemental briefing submitted following oral argument; and the Court having heard oral argument on September 7, 2010; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

    **IT IS** on this 22nd day of December, 2010,

    **ORDERED** that Plaintiffs' motion for class certification [docket entry 188] be and

hereby is **DENIED**; and it is further

**ORDERED** that Plaintiffs' motion to intervene, join, or add plaintiff Katrina Camaj [docket entry 189] be and hereby is **DISMISSED AS MOOT**.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge