UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE AGOSTINO, et al., : <br><br> Plaintiffs, : <br><br> v. : <br><br> QUEST DIAGNOSTICS, INC., et al., : <br><br> Defendants. : | Civil Action No. 04-4362 (SRC)(MAS) <br><br> SCHEDULING ORDER |

THIS MATTER having come before the Court for a telephone status conference on February 15, 2011; and for good cause shown,

IT IS on this <u>16th</u> day of <u>February</u>, 2011,

ORDERED THAT:

1. Summary judgment motions shall be filed no later than **April 1, 2011**; opposition briefs shall be filed no later than **May 4, 2011**; and reply briefs shall be filed no later than **May 25, 2011**.

2. There shall be an in-person settlement conference on **March 8, 2011** at **4:00 p.m.** By **March 1, 2011**, each party shall submit a confidential settlement letter, not to exceed 5 pages, to the Court via facsimile to 973-645-4412. The confidential letters shall set forth the status of the case and each party's settlement position, including offers and demands. <u>Trial Counsel and clients with full settlement authority must attend the conference in person</u>. If trial counsel and clients with full settlement authority do not appear, the settlement conference may be cancelled or rescheduled and the noncompliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE