# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RICHARD GRANDALSKI, et al., | |
| Plaintiffs, | **Civil Action No. 04-4362 (SRC)** |
| v. | **ORDER** |
| QUEST DIAGNOSTICS, et al., | |
| Defendants. | |

CHESLER, District Judge

This matter having come before the Court upon Special Master John W. Bissell's Report and Recommendation, filed September 20, 2013, concerning Plaintiffs' motion for an award of attorneys' fees and costs [docket entry 378]; and the parties having been provided an opportunity to respond to the Report and Recommendation, pursuant to Federal Rule of Civil Procedure 53(f)(1); and no objection or motion to modify the Report and Recommendation having been filed, pursuant to Federal Rule of Civil Procedure 53(f)(2), within the time provided by the Court's September 23, 2013 Order; and the parties having represented that they do not intend to challenge the Report and Recommendation; and the Court having reviewed the Report and Recommendation *de novo*, pursuant to Federal Rule of Civil Procedure 53(f)(3) & (4); and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 2nd day of October, 2013,

**ORDERED** that the Report and Recommendation of Special Master Bissell be and hereby is **ADOPTED** as the Opinion of this Court; and it is further

**ORDERED** that Plaintiffs' motion for an award of attorneys' fees and reimbursement of costs [docket entries 348 and 372] be and hereby is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that the Court hereby awards Plaintiffs' counsel $157,968.50 in fees and $11,399.13 in expenses, with such amounts broken down by law firm as set forth on page 22 of the Report and Recommendation.

s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge