# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 13-4329
_____

RICHARD GRANDALSKI;
JANET GRANDALSKI;
DENISE CASSESE,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

                Appellants

v.

QUEST DIAGNOSTICS INC;
RETRIEVAL MASTERS CREDITORS BUREAU, INC.,
d/b/a AMERICAN MEDICAL COLLECTION;
CREDIT COLLECTION SERVICES;
CREDIT BUREAU CENTRAL;
QUANTUM COLLECTIONS; DOES 1 to 50

On Appeal from the United States District Court
for the District of New Jersey
(District Court No.:  2-04-cv-04362)
District Judge:  Honorable Stanley R. Chesler

Argued on July 9, 2014

Before:  RENDELL, CHAGARES and JORDAN, <u>Circuit Judges</u>

## **JUDGMENT**

This case came on to be heard on the record before the United States District

Court for the District of New Jersey and was argued on July 9, 2014.

On consideration whereof, is it now hereby

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered October 29, 2013, be and the same is hereby **AFFIRMED**.  Costs taxed against the appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: September 11, 2014

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered October 29, 2013, be and the same is hereby **AFFIRMED**.

Costs taxed against the appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

_____
Marcia M. Waldron, Clerk

Dated: